UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TOMMY S. DEMIERRE,            )
                              )
            Plaintiff,        )
                              )
       v.                     )   No.  4:06CV1099 FRB
                              )
MICHAEL J. ASTRUE, Commissioner )
of Social Security,           )
                              )
            Defendant.        )

## JUDGMENT

In accordance with the Memorandum and Order filed herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  _13th_  day of August, 2007.